UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25748-MOORE/Elfenbein

SANDRA LOCKWOOD,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

**JOINT MOTION TO CONDUCT MEDIATION VIA ZOOM**

    COMES NOW, the Plaintiff SANDRA LOCKWOOD and Defendant NCL (BAHAMAS) LTD., by and through their undersigned counsel and file their Joint Motion to Conduct Mediation Via Zoom and in support thereof state:

1. This matter arises from personal injuries the Plaintiff alleges she suffered while a passenger aboard the Defendant's vessel. [D.E. 1] As a result of the incident, the Plaintiff claims to have suffered a ruptured breast, among other injuries. The Plaintiff was injured while using her mobility scooter, which she has been using since 2013. The Defendant has denied liability. [D.E. 13].

2. This Court issued its Order of Referral to Mediation where in the Parties are required to file a Notice of Mediator Selection setting forth the place, date and time of the mediation. [D.E. 11]. The Order further requires the physical presence of counsel and each party. Id.

3. The Parties have conferred and have agreed to mediate with Robert J. Kirk, Esq. The Parties have further agreed on tentative dates for the mediation.

4. Due to the Plaintiff's injuries and the limitations that require her to use a mobility scooter, it would be physically burdensome for the Plaintiff to travel from Tennessee to Miami for in-person attendance at the mediation.

5. Further, Plaintiff is retired and relies on Social Security for income. Traveling to Miami would require Plaintiff to incur additional expenses, including airfare, hotel accommodations, and transportation

6. Additionally, the mediator the Parties have selected does not have a physical office meaning the Parties would need to rent a neutral location in order to conduct the mediation in person.

7. As a result, the Parties respectfully request that they be permitted to conduct mediation via Zoom.

8. Counsel for the Parties routinely work together and have successfully mediated numerous matters via Zoom and are confident they will be able to conduct a productive and meaningful mediation via Zoom in this instance.

**WHEREFORE**, the Plaintiff SANDRA LOCKWOOD and Defendant NCL (BAHAMAS) LTD., respectfully request permission to conduct mediation via Zoom.

Dated: March 12, 2026.

Respectfully submitted,

| | |
|---|---|
| **NICOLAS LIPCON, ESQ.** <br> Florida Bar No.: 1058833 <br> nlipcon@lipcon.com <br> LIPCON, MARGULIES & WINKLEMAN, P.A. <br> 2800 Ponce de Leon Blvd., Suite 1480 <br> Coral Gables, FL 33134 <br> Phone: 305-373-3016 <br> Fax: 305-373-6204 <br> *Attorneys for Plaintiff* | **TODD L. SUSSMAN, ESQ.** <br> Florida Bar No.: 0084729 <br> tsussman@nclcorp.com <br> jjara@nclcorp.com <br> NORWEGIAN CRUISE LINE <br> 7665 Corporate Center Drive <br> Miami, FL 33126 <br> Telephone: (305) 436-4653 <br> *Attorneys for Defendant* |
| */s/ Nicolas H. Lipcon* <br> **NICOLAS LIPCON, ESQ.** <br> Florida Bar No.:1058833 | */s/ Todd L. Sussman* <br> **TODD L. SUSSMAN, ESQ.** <br> Florida Bar No.: 0084729 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

        By: */s/ Nicolas H. Lipcon*
            **NICOALS H. LIPCON**
            Florida Bar No. 1058833
            nlipcon@lipcon.com

## SERVICE LIST
*Lockwood v. NCL (Bahamas) LTD*
Case no.: 25-CV-25748-MOORE/Elfenbein

| **Nicolas H. Lipcon, Esq.** | **Todd L. Sussman, Esq.** |
|---|---|

| | |
|---|---|
| Florida. Bar. No.: 1058833<br>Email: nlipcon@lipcon.com<br>LIPCON, MARGULIES, &<br>WINKLEMAN, P.A.<br>2800 Ponce de Leon Blvd, Suite 1480<br>Coral Gables, Florida 33134<br>Telephone: (305) 373-3016<br>Facsimile: (305) 373- 6204<br>*Attorneys for Plaintiff* | Florida Bar No. 0084729<br>Email : tsussman@ncl.com<br>NORWEGIAN CRUISE LINE<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>Telephone: (305) 436-4653<br>Facsimile: (305) 468-2132<br>*Attorneys for Defendant* |